JS-6

**O'HAGAN MEYER**
THEODORE C. PETERS (SBN 235115)
2615 Pacific Coast Highway, Suite 300
Hermosa Beach, CA 90254
Tel: 310.807.1100 | Fax: 310.807.1115
Email: tpeters@ohaganmeyer.com

*Attorney for Defendants*
*WALMART INC and*
*WALMART CLAIM SERVICES INC.*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Veronica Gonzales Cuevas, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Walmart Inc.; Walmart Claims Services, Inc.; Richard Broussard, an individual; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No.: 5:24-cv-00466-SSS-SHKx<br><br>**ORDER REGARDING DISMISSAL**<br><br>Complaint Filed: July 31, 2023<br>Trial Date: November 10, 2025 |

///
///
///
///
///
///
///

1
**ORDER REGARDING DISMISSAL**

Plaintiff Veronica Gonzales Cuevas and Defendant Walmart Inc. have stipulated and agreed, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that this case should be dismissed with prejudice. Each party has agreed to pay its own attorneys' fees and costs associated with this matter.

**IT IS SO ORDERED.**

DATED: FEBRUARY 6, 2025

_____
SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE